UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: : Case No. 01-17629

FIRST CINCINNATI INC.
  dba Z-Homes Incorporated
  dba Z-Homes Kentucky, LLC
  dba Z-Homes Indiana, LLC
  dba Heart side Homes, LLC

Debtor(s) : EIN #: 31-1506058

## NOTICE TO THE CLERK OF
## UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached checks in the amount of $31,122.50 represents the total sum due creditors listed below as the checks were not cashed but returned to the Trustee. The funds are being paid into the Registry Fund because of not being deliverable or returned to the Trustee. We are, therefore, paying this amount to the court pursuant to 1 U.S.C. Section 374(a). The name and address of the parties entitled to these amounts are as follows:

**Creditor**  **Claim No.**  **Dividend**

| Check No. | Payee | Amount Unclaimed |
|---|---|---|
| Check No. 1074 | Charlotte Flooring Inc.<br>1336 South Graham Street<br>Charlotte, NC 28203 | 152.17 |
| Check No. 1075 | IBM Corporation<br>4800 Falls of Neuse Road<br>Raleigh, NC 27609 | 5,277.79 |
| Check No. 1076 | IBM Corporation<br>4800 Falls of Neuse Road<br>Raleigh, NC 27609 | 76.47 |
| Check No. 1077 | The Flooring Gallery LLC<br>5600 Poplar Level Road<br>Louisville, KY 40228 | 128.43 |
| Check No. 1078 | John and Mildred McNeill<br>Thomas W. Frentz<br>Middletown Reutlingen<br>2500 Brown and Williamson Tower<br>Louisville, KY 40202 | 101.54 |

| | | |
|---|---|---:|
| Check No. 1079 | Ace American Insurance Co.<br>1601 Chestnut Street<br>Philadelphia, PA 19103 | 912.53 |
| Check No. 1080 | Jian Chen<br>Hongbin Zhou<br>4947 White ?Blossom Blvd.<br>Mason, OH 45040 | 3,000.68 |
| Check No. 1081 | Jeffrey and Tara Travers<br>5459 McKenzie Crossing<br>Cincinnati, Oh 45245 | 6,444.69 |
| Check No. 1082 | State Farm & Casualty Co.<br>6612 E 7th St.<br>Suite 105<br>Indianapolis, IN 46250 | 6.31 |
| Check No. 1083 | Jeff and Davina Vogt<br>1118 Timber Valley<br>Cincinnati, OH 45233 | 216.26 |
| Check No. 1084 | Joseph and Connie DeFillippo<br>c/o Shirley A. Coffey<br>401 E. Court St., Suite 600<br>Cincinnati, Oh 45202 | 29.20 |
| Check No. 1085 | Sharon and Ameen Aadil<br>Jay B. Jackson<br>Box 1797<br>Spring Hill, TN 37174 | 86.51 |
| Check No. 1086 | Legacy Inc.<br>Diana Binord<br>RR No. 10 Box 837<br>Cawfordsville, IN 47933 | 4,854.35 |
| Check No. 1087 | Peter and Lucinda Gurekoviich<br>c/o Robert F. Craskery, Esq.<br>6860 Tylersville Rd., Suite I<br>Mason, OH 45040 | 1,330.03 |
| Check No. 1088 | Thomas and Nancy Reedy<br>693 Bostwick Court<br>Cincinnati, Oh 45244 | 810.99 |
| Check No. 1089 | Xiancheng Lu and Tao Yin<br>4753 Bradford Chase<br>Mason, OH 45040 | 3,352.11 |
| Check No. 1090 | John R. McKivigan<br>Patricia G. Barnes<br>10027 Leeward Blvd.<br>Indianapolis, IN 46256 | 17.14 |
| Check No. 1091 | John Sullivan<br>c/o Patrick E. Moves, Esq.<br>300 E. Third Street<br>Newport, KY 41071 | 810.99 |
| Check No. 1092 | Todd and Patricia Stevens<br>7910 Yellowwood Drive<br>Mason, OH 45040 | 3,514.31 |
| | | 31,122.50 |

Dated: February 17, 2010

/s/ Mark Alan Greenberger
Mark Alan Greenberger , Trustee
105 E. 4th St., Suite 400
Cincinnati, OH 45202
Phone: 513-721-5151
Fax No.: 513-621-9285
E-mail address: mag@kgnlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing pleading was served upon Monica Kindt, Assistant U.S. Trustee, Room 2030, 36 E. 7th Street, URS Building, Cincinnati, OH 45202, by e-mail and regular mail, postage prepaid, this 17th day of February, 2010.

/s/ Mark Alan Greenberger
Trustee

kgn 262221